**Motion Denied; Order filed September 15, 2015.**



In The

# Fourteenth Court of Appeals

―――――――

## NO. 14-15-00220-CR

―――――――

**VINCENT LAMON WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1420283**

## ORDER

Appellant is represented by appointed counsel, Sarah V. Wood. Appellant's brief was originally due May 28, 2015. We have granted extensions of 90 days to file appellant's brief. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On September 8, 2015, counsel filed a further request for extension of time to file

appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order Sarah V. Wood to file a brief with the clerk of this court on or before September 28, 2015. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.